IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ROKENYE MCCARTHY,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br><br><br>BUREAUS INC.,<br><br>　　　　　　Defendant. | Civil Case Number: 6:21-cv-01991-RRS-PJH |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:　　　　　December 2, 2021

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
Admitted PRO HAC VICE
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

/s/ Jonathan F. Raburn
Jonathan F. Raburn
Raburn Law Firm
4005 Nicholson Drive, Suite 4610
Baton Rouge, LA 70808
Tel: (318) 918-1968
Email: jonathan@geauxlaw.com

Attorneys for Plaintiff